**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Alton R. HENRY, Defendant– Appellant.**

**No. 11–6053.**

United States Court of Appeals, Fourth Circuit.

Submitted: May 26, 2011.

Decided: May 31, 2011.

Alton R. Henry, Appellant Pro Se.

Before KING, SHEDD, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alton R. Henry appeals the district court's order denying relief on his motion seeking a reduction in his sentence, 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Henry,* No. 2:00–cr–00150–RBS–2 (E.D.Va. Nov. 24, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*